UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GARY HARALSON, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV00056 AGF |
| | ) | |
| JAMES STOVERINK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This matter is before the Court on plaintiff's motion for reconsideration [Doc. #8],[1] motion to add Wanda L. Good as a party-plaintiff [Doc. #9], and motion for leave to attach collateral exhibits to his complaint [Doc. #10].

The Court finds no merit to plaintiff's motion for reconsideration. Moreover, as this Court has previously stated, FOIA only applies to "agencies." 5 U.S.C. § 552(a). To be an "agency" under the FOIA, an entity must be an "establishment in the executive branch." 5 U.S.C. § 552(f)(1). Wanda L. Good is not an "agency" under this definition, and therefore, plaintiff's motion to add her as a plaintiff to this action will be denied.

---

[1]On March 10, 2009, the Court dismissed this action pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. #8], motion to add Wanda Good as a party-plaintiff [Doc. #9], and motion for leave to attach collateral exhibits to his complaint [Doc. #10] are **DENIED**.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 9th day of April, 2009.

                                          **/s/ Jean C. Hamilton**
                                          **UNITED STATES DISTRICT JUDGE**